UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JOHNSON,<br><br>　　　　　Respondent. | 1:19-cv-01518 JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>ECF No. 1 |

　　　　Petitioner Darren Vincent Ford, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, and asks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, ECF No. 2.

　　　　Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is being held in custody. Here, petitioner was convicted in Santa Clara County, in the Northern District of California. Petitioner is currently incarcerated in the California State Prison in Lancaster, CA, in the Central District of California. Therefore, the proper venue for his habeas claim is either the Northern District or the Central District of California. Because petitioner is physically located in the Central District of California, I transfer this case to the Central District for the ease and convenience of all parties and the court. *See* 28 U.S.C. § 2241(d).

1

Accordingly,

1. The case is transferred to the United States District Court for the Central District of California.

2. All future filings shall refer to the new Central District case number assigned and shall be filed at:

> United States District Court
> Central District of California
> 350 W 1st Street, Suite 4311
> Los Angeles, CA 90012-4565

3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*. ECF No. 2

IT IS SO ORDERED.

Dated: November 4, 2019

UNITED STATES MAGISTRATE JUDGE

No. 206