JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN JOHNSON,<br><br>　　　　Respondent. | No. LA CV 19-09508-VBF (FFM)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: December 18, 2019

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge